IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 05-614-02 |
| | : | |
| PHILIP CHARTOCK | : | |

## O R D E R

**AND NOW,** this 17th day of June, 2013, upon careful consideration of Mr. Chartock's petition for writ of *error coram nobis* pursuant to 28 U.S.C. § 1651 (Document #294), the government's response thereto (Document #295), and Mr. Chartock's reply (Document #297), IT IS HEREBY ORDERED that the motion is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that:

1. Mr. Chartock's convictions on Counts Five and Six are VACATED.

2. Mr. Chartock's convictions on the remaining counts remain.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.